McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, New Jersey 07101-0652
(973) 622-4444
Attorneys for Defendant, Whirlpool Corporation

RECEIVED

AUG 8 2006

AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, a/s/o Karen Martin & Carl Osbourn,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>WHIRLPOOL CORPORATION, BEST BUY CORPORATION, INC., John Doe 1-5, and John Doe 6-10,<br><br>　　　　　　Defendants. | Civil Action No. 06-1152 (FLW)<br>Honorable ~~Stanley R. Chesler~~<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS** |

IT IS HEREBY STIPULATED AND AGREED that the Complaint and any and all cross-claims be and they hereby are dismissed with prejudice and without costs against any party.

IT IS FURTHER STIPULATED AND AGREED that this Court retains will retain jurisdiction of this matter for enforcement of the settlement reached by the parties.

WHITE AND WILLIAMS LLP
Attorneys for Plaintiff
Liberty Mutual Insurance Company

By: _____
　　　Robert F. Horn

McCARTER & ENGLISH, LLP
Attorneys for Defendant
Whirlpool Corporation

By: _____
　　　David R. Kott

STEIN, McGUIRE, PANTAGES & GIGL, LLP
Attorneys for Defendant
Best Buy Corporation, Inc.

By: _____
　　　Lawrence M. Berkeley

IT IS SO ORDERED this 7th day of August, 2006.

_____
HONORABLE FREDA L. WOLFSON, U.S.D.J.